UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

DAVID KOCHER,

           Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

CASE NO.: 3:16-CV-00340-RCJ-WGC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #10) entered on December 21, 2016, in which the Magistrate Judge recommends the Court grant the Commissioner's Motion to Dismiss (ECF #8). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #10).

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (ECF #8) is GRANTED. The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 14th day of February, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE